

**United States Postal Service®** • Sender: Please print your name, address and ZIP+4® below •

Jessica Peterson
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208



| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| **9590 9699 0430 0111 3977 84** | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chris Cooper & Company, Inc.<br>5555 Airport Highway, Suite 115<br>Toledo, OH 43615 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery | |
| | Reference Information | |
| 2. Certified Mail (Form 3800) Article Number<br>1314 7611 0430 0111 3977 82 | 3:23cv1423 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt | |