Return Receipt (Form 3811) Barcode

COMPLETE THIS SECTION ON DELIVERY

**9590 9699 0430 0111 3980 02**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Martin Christopher Cooper
5646 Baronswood Circle
Toledo, OH 43615-7351

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

2. Certified Mail (Form 3809) Article Number
9314 7699 0430 0111 3980 00

3:23CV1423

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt



USPS TRACKING #
METROPLEX MI 480
1 SEP 2023 PM 3 L

9590 9699 0430 0111 3980 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®** • Sender: Please print your name, address and ZIP+4® below •

Jessica Peterson
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208