

## Proof of Acceptance (Electronic)

Date : 9/1/2023

Company Name : Stagnaro, Saba & Patterson, Co., L.P.A.

Certified Mail Article Number 93147699904300111398000 addressed to Martin Christopher Cooper

| USPS Event Date/Time | USPS Event Description | USPS Event Location |
| --- | --- | --- |
| 9/1/2023 10:36 AM | DELIVERED LEFT WITH INDIVIDUAL | TOLEDO, OH 43615 |

The article number and United States Postal Service (USPS®) tracking event details provided above is a true extract of information provided by the USPS to CertifiedPro.net, a solution provided by Covius Document Services, LLC.

Recipient Mailing Address:

Martin Christopher Cooper
5646 Baronswood Circle
Toledo, OH 43615-7351

The above information is for the sole use of CertifiedPro.net clients and represents information provided by the United States Postal Service.