AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01423-JJH

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __Martin Christopher Cooper__
was received by me on (date) __9-28-2023__.

☒ I personally served the summons on the individual at (place) __3985 Normal St. Apt. 4, San Diego, CA 92103 at 8:40am__ on (date) __9-29-2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10-3-2023__

Server's signature

__Eric Sanchez, San Diego County RPS# 3597__
Printed name and title

__3111 Camino Del Rio N. Ste. 400A San Diego, CA 92108__
Server's address

Additional information regarding attempted service, etc: