AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01423-JJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chris Cooper & Company, Inc
was received by me on *(date)* 10/19/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* M. Christopher Cooper - Statutory Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Chris Cooper & Company, Inc. on *(date)* 10/23/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2023

*Server's signature*

Donald Denny, San Diego County RPS#3516
*Printed name and title*

3111 Camino Del Rio N. Ste. 400A
San Diego, CA 92108

*Server's address*

Additional information regarding attempted service, etc: