Gmail                                                                                            Derek Wilson <djw@djwlawoffice.com>

## Attention Required: Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A305751)

**MaryAnn Campbell** <maryann@judicatewest.com>                                              Tue, Aug 15, 2023 at 11:51 AM
Reply-To: MaryAnn Campbell <maryann@judicatewest.com>
To: djw@djwlawoffice.com, mholder@sheppardmullin.com, PAS@sspfirm.com, brandon.neuman@nelsonmullins.com

Good Morning,

Please see attached billing and information for your case with Judicate West. In accordance with California Code of Civil Procedure 1281.97, Judicate West sends all billing for consumer arbitration matters in a single email to all parties. Each invoice is due upon receipt and payable by the party named on the invoice. Thank you for your prompt payment.
If you have any questions, please contact me at 714-834-1340.

Thank you,

**JENNA NURRE, on behalf of**

**MARYANN CAMPBELL**
**Senior Case Manager**

**402 W. Broadway, Ste 2400 | San Diego, CA 92101**
**Phone: 619.814.1966 | maryann@judicatewest.com**
**Direct: 714.852.5193**

**Celebrating 30 years of providing Results Beyond Dispute**
**Please visit our new website: www.JudicateWest.com**

---

**2 attachments**

📄 **PWKAPP_305751_jenna__08-15-2023_1_uekd.pdf**
286K

📄 **PWKAPP_305751__08-15-2023_2_oukt.pdf**
1355K