IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ZERMATT HOLDINGS, LLC, et al., | : | Case No. **3:23-cv-01423-JJH** |
| Plaintiffs, | : | |
| | : | Judge Jeffrey J. Helmick |
| v. | : | |
| COOPER, et al., | : | **SECOND AFFIDAVIT OF LOUIS DWORSKY** |
| Defendants. | : | |

Now comes Louis Dworsky, and for his Affidavit, states the following:

1. I am competent to testify and have personal knowledge of the matters set forth herein.

2. At all times referenced herein I have been the Managing Partner of Plaintiff Zermatt Holdings, LLC ("Zermatt").

3. Zermatt, Plaintiff WFA of San Diego, LLC ("WFASD"), and Peter R. Wheeler ("Wheeler") attended a mediation hearing with mediator Judge Frederick L. Link on August 14, 2023.

4. Judge Frederick L. Link's role before, during and after the August 14, 2023 mediation hearing was as a mediator, trying to assist the parties with settling their claims.

5. Attached hereto as **Exhibit A** is a true and accurate **REDACTED** copy of Wheeler's August 10, 2023 pre-hearing brief, submitted by Wheeler's attorney, Derek J. Wilson ("Wilson") in which Wilson confirms that the August 14, 2023 hearing was a "mediation hearing."

1

Further Affiant sayeth naught.

_____
Louis Dworsky

Sworn to and subscribed in my presence this 20th day of December, 2023.

_____
Notary Public
State of NC

2