

SAN DIEGO 600 B St, #2250, San Diego, CA 92101
PHOENIX 2633 E Indian School Rd, #460, Phoenix, AZ 85016
EMAIL djw@djwlawoffice.com | WEB www.djwlawoffice.com | PHONE (858) 775-9679

August 10, 2023

**Sent Via E-Mail (briefs@judicatewest.com)**
Honorable Frederick L. Link -- Judicate West, San Diego

    *Re:*         *Peter Wheeler v. Zermatt Holdings et al.*
    *Hearing Date:*    *8/14/2023; 9:00 a.m. @ Judicate West, San Diego*

To Judge Link:





      Mr. Wheeler attends this mediation hearing in good faith with the hopes of resolving all outstanding disputes.

                                Sincerely,

                                Derek J. Wilson, Esq.