Gmail                                                                                    Derek Wilson <djw@djwlawoffice.com>

---

## Paperwork for Case A305751 - Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al.
4 messages

---

**jenna@judicatewest.com** <jenna@judicatewest.com>                                                              Mon, Jul 31, 2023 at 8:46 AM
Reply-To: jenna@judicatewest.com
To: djw@djwlawoffice.com, mholder@sheppardmullin.com, PAS@sspfirm.com

Dear Counsel:

To ensure we have disclosed all participants for the upcoming Arbitration on 8/14/2023, please review the attached case contact list and provide us with the names of any parties and/or attorneys that are not listed by 8/3/2023 to avoid delaying the start of your hearing and incurring an additional administrative fee of $375 for last-minute disclosures.

Please note, ALL attorneys' names are needed even if they are with a firm already listed.

Also, if you have not provided your neutral with a list of your experts and witnesses (if applicable), please do so at this time.  Any deadline set by your neutral regarding the expert and witness lists supersedes this reminder, please continue to follow your neutral's instructions.

Sincerely,
Jenna Nurre
Judicate West
(800) 488-8805

📄 **MailingList.pdf**
123K

---

**Matthew Holder** <MHolder@sheppardmullin.com>                                                                 Mon, Jul 31, 2023 at 11:26 AM
To: "jenna@judicatewest.com" <jenna@judicatewest.com>, "djw@djwlawoffice.com" <djw@djwlawoffice.com>, "PAS@sspfirm.com" <PAS@sspfirm.com>
Cc: Brandon Neuman <brandon.neuman@nelsonmullins.com>

Please add Brandon Neuman, copied here.   https://www.nelsonmullins.com/professionals/brandon-neuman#main.
[Quoted text hidden]
Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**Jenna Nurre** <jenna@judicatewest.com>                                                                        Mon, Jul 31, 2023 at 11:39 AM
To: Matthew Holder <MHolder@sheppardmullin.com>, "djw@djwlawoffice.com" <djw@djwlawoffice.com>, "PAS@sspfirm.com" <PAS@sspfirm.com>
Cc: Brandon Neuman <brandon.neuman@nelsonmullins.com>

Thank you for the update Mr. Holder,

Am I safe to assume that Mr. Neuman is also representing Defendants Zermatt Holdings, LLC, et. al?

Thank you,


Download vCard


Downtown Los Angeles | Sacramento | San Diego | San Francisco | Santa Ana | West Los Angeles
http://www.judicatewest.com/

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Judicate West is committed to protecting your privacy. Please review our privacy policy to learn more about our policies and practices regarding the collection and use of your personal data, and your privacy rights. Thank you.

[Quoted text hidden]
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**Matthew Holder** <MHolder@sheppardmullin.com>                                                                 Mon, Jul 31, 2023 at 11:40 AM
To: Jenna Nurre <jenna@judicatewest.com>, "djw@djwlawoffice.com" <djw@djwlawoffice.com>, "PAS@sspfirm.com" <PAS@sspfirm.com>
Cc: Brandon Neuman <brandon.neuman@nelsonmullins.com>

Yes, Zermatt and WFASD.
[Quoted text hidden]

---

**EXHIBIT 4**