
## Attention Required: Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A305751)

**MaryAnn Campbell** <maryann@judicatewest.com>  Fri, Oct 27, 2023 at 2:45 PM
Reply-To: MaryAnn Campbell <maryann@judicatewest.com>
To: djw@djwlawoffice.com, mholder@sheppardmullin.com, PAS@sspfirm.com, brandon.neuman@nelsonmullins.com
Cc: GNuttall@sheppardmullin.com

Good Afternoon,

Please see the attached invoice for time spent as billed by your Arbitrator Hon. Frederick L. Link, Ret. We would greatly appreciate your prompt review and payment.

If you have any questions, please contact me at (800) 488-8805.

Thank you for choosing Judicate West as your dispute resolution provider. We appreciate your business and look forward to working with you again.

Thank you,

**JENNA NURRE, on behalf of**

**MARYANN CAMPBELL**
**Senior Case Manager**

**402 W. Broadway, Ste 2400 | San Diego, CA 92101**
**Phone: 619.814.1966 | maryann@judicatewest.com**
**Direct: 714.852.5193**

**Celebrating 30 years of providing Results Beyond Dispute**
**Please visit our new website: www.JudicateWest.com**

---

**2 attachments**

📎 **PWKAPP_305751_jenna__10-27-2023_1_uavq.pdf**
681K

📎 **PWKAPP_305751_jenna__10-27-2023_2_eovw.pdf**
681K

**EXHIBIT 6**

**JUDICATE WEST — Alternative Dispute Resolution — CELEBRATING 30**

**Santa Ana**
1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
www.judicatewest.com

## INVOICE
**Due Upon Receipt**

Derek J. Wilson, Esq.
Law Offices of Derek J. Wilson
djw@djwlawoffice.com

Invoice Number: 612628
Invoice Date: 10/26/2023
JW Case: A305751
Case Manager: MaryAnn Campbell

**Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al.**
**Neutral: Hon. Frederick L. Link, Ret.**

| Description | Hours | Rate | Fee | Share | Total |
|---|---|---|---|---|---|
| Arbitrator's Services - 8/14/2023 - 10/24/2023 | 8.5 | $690.00 | $5,865.00 | 1/2 | $2,932.50 |

| **Please Note:** | **Total Due Now:** | **$2,932.50** |
|---|---|---|

The time invested by your arbitrator on this matter as of 10/24/2023 totals 8.5 hours. This is inclusive of reviewing briefs and related pleadings, as well as hearing time. After applying the previously billed retainer, the additional time due is the 8.5 hours reflected above.

The previously billed retainer has not been applied to time spent and will remain on file
for the continued services requested of your Arbitrator.

**Remittance Instructions:**
Please reference invoice 612628 on your check made payable to Judicate West and mail to
1851 East First Street, Suite 1600, Santa Ana, CA 92705.

To pay online via ACH or credit card please visit: www.judicatewest.com/Resource/Payment

JW's Tax ID: 33-0626684. JW's W-9 is available online under "Resources" at www.JudicateWest.com

*Invoices are due upon receipt.

Any retainers billed are for additional time required including, but not limited to, review, preparation, and/or post session neutral services. Any unused retainer will be refunded. Please refer to your Services Agreement or Neutral Fee Schedule for information regarding cancelation/continuance deadlines.
All filing fees and the initial case management fee are non-refundable.
For arbitration matters, indigent consumers as defined by Cal. Code Civ. Proc. § 1284.3(b)(1) may obtain a waiver of JW's filing fees and case management fees.
Please contact a JW Case Manager for more information.

**Thank you for choosing Judicate West**

**CENTURY CITY | DOWNTOWN LOS ANGELES | OAKLAND | SACRAMENTO | SAN DIEGO | SANTA ANA**



**Santa Ana**
1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

## INVOICE
### Due Upon Receipt

Matthew W. Holder, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
mholder@sheppardmullin.com

**Invoice Number: 612629**
Invoice Date: 10/26/2023
JW Case: A305751
Case Manager: MaryAnn Campbell

**Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al.**
**Neutral: Hon. Frederick L. Link, Ret.**

| Description | Hours | Rate | Fee | Share | Total |
|---|---|---|---|---|---|
| Arbitrator's Services - 8/14/2023 - 10/24/2023 | 8.5 | $690.00 | $5,865.00 | 1/2 | $2,932.50 |

| **Please Note:** | **Total Due Now:** | **$2,932.50** |
|---|---|---|

The time invested by your arbitrator on this matter as of 10/24/2023 totals 8.5 hours. This is inclusive of reviewing briefs and related pleadings, as well as hearing time. After applying the previously billed retainer, the additional time due is the 8.5 hours reflected above.

The previously billed retainer has not been applied to time spent and will remain on file
for the continued services requested of your Arbitrator.

**Remittance Instructions:**
Please reference invoice 612629 on your check made payable to Judicate West and mail to
1851 East First Street, Suite 1600, Santa Ana, CA 92705.

To pay online via ACH or credit card please visit: www.judicatewest.com/Resource/Payment

**JW's Tax ID: 33-0626684. JW's W-9 is available online under "Resources" at www.JudicateWest.com**

*Invoices are due upon receipt.

Any retainers billed are for additional time required including, but not limited to, review, preparation, and/or post session neutral services. Any unused retainer will be refunded. Please refer to your Services Agreement or Neutral Fee Schedule for information regarding cancelation/continuance deadlines.
All filing fees and the initial case management fee are non-refundable.
For arbitration matters, indigent consumers as defined by Cal. Code Civ. Proc. § 1284.3(b)(1) may obtain a waiver of JW's filing fees and case management fees.
Please contact a JW Case Manager for more information.

**Thank you for choosing Judicate West**

**CENTURY CITY | DOWNTOWN LOS ANGELES | OAKLAND | SACRAMENTO | SAN DIEGO | SANTA ANA**