**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ZERMATT HOLDINGS, LLC, et al.,** | ) | **CASE NO. 3:23-cv-01423-JJH** |
| Plaintiffs, | ) ) | **JUDGE JEFFREY J. HELMICK** |
| v. | ) ) | |
| **COOPER, et al.,** | ) ) | **NOTICE OF APPEARANCE OF ATTORNEY CHARLES D. PFISTER** |
| Defendants. | ) ) ) | |

Please take notice that attorney Charles D. Pfister of Taft Stettinius & Hollister LLP, 40 North Main Street, Suite 900, Dayton, Ohio 45423, hereby enters his appearance as co-counsel in this matter on behalf of Defendants Martin Christopher ("Chris") Cooper ("Cooper") and Chris Cooper & Company, Inc. ("CCCI") (CCCI and Cooper collectively, Defendants).

Mr. Pfister is a member in good standing of the Bar of the United States District Court, Northern District of Ohio. Mr. Pfister will represent Defendants in all aspects of the above captioned matter. All future correspondence, pleadings, or other papers, whether served via regular mail or electronic service, should be directed accordingly.

Respectfully submitted,

**/s/ Charles D. Pfister**
Charles D. Pfister (0097790)
TAFT STETTINIUS & HOLLISTER LLP
40 N. Main Street, Suite 900
Dayton, Ohio 45423-1029
Tel: (937) 228-2838
Fax: (937) 228-2816
cpfister@taftlaw.com
*Counsel for Defendants,*
*Martin Christopher Cooper and*
*Chris Cooper & Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  **/s/ Charles D. Pfister**
                                                  Charles D. Pfister