# Exhibit A to Wilson Declaration

 Gmail

Derek Wilson <djw@djwlawoffice.com>

---

## Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A305751)

**Frederick L Link** <judgelink@judicatewest.com>
Reply-To: judgelink@judicatewest.com
To: djw@djwlawoffice.com, brandon.neuman@nelsonmullins.com, mholder@sheppardmullin.com, PAS@sspfirm.com

Fri, Jan 5, 2024 at 3:03 PM

Attorneys - I have been requested to define my role in any question involving the March 21, 2023 agreement between the parties. In October, 2023 I issued an order involving the status of Chris Cooper.  At that time, I ordered that the agreement does resolve his liability and releases any claims that may exist against him prior to March 21, 2023. I  made this decision as an arbitrator as set out in the agreement. Based upon the objection of WFA, I am not to be an arbitrator to any activities of Mr. Cooper that may have occurred post March 21, 2023. So ordered, Judge Fred Link

(Maryanne - please prepare this in order form - Thanks, Judge Link

Exhibit A to Wilson Declaration Page 1 of 1