# Exhibit B-1 to Wilson Declaration

1/15/24, 8:22 AM — Law Office of Derek J Wilson Mail - Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A310089)

Case: 3:23-cv-01423-JLH Doc #: 35-3 Filed: 03/11/24 2 of 3. PageID #: 414



Derek Wilson <djw@djwlawoffice.com>

## Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A310089)

MaryAnn Campbell <maryann@judicatewest.com>  Wed, Jan 10, 2024 at 3:58 PM
To: William McCurine <judgemccurine@judicatewest.com>
Cc: "djw@djwlawoffice.com" <djw@djwlawoffice.com>, "mholder@sheppardmullin.com" <mholder@sheppardmullin.com>, "PAS@sspfirm.com" <PAS@sspfirm.com>

Dear Judge,

Please see attached for Orders made by Judge Link, which are saved to the file as well.

Thank you,

**MaryAnn Campbell**

Senior Case Manager

Commercial Arbitration & Private Judging Specialist

Direct: (714) 852-5193

Download vCard



Visit our new website: www.JudicateWest.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Judicate West is committed to protecting your privacy. Please review our privacy policy to learn more about our policies and practices regarding the collection and use of your personal data, and your privacy rights. Thank you.

[Quoted text hidden]

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**2 attachments**

📄 **Order Re March 2023 Settlement Agreement.pdf**
1043K



Exhibit B-1 to Wilson Declaration Page 1 of 2

1/15/24, 8:22 AM
Case: 3:23-cv-01423-JJH Doc #: 35-3 Filed: 03/11/24 3 of 3. PageID #: 415
Law Office of Derek J Wilson Mail - Peter R. Wheeler, et al. vs. WFA of San Diego LLC, et al. (A510089)

📄 **A305751 Dec. of Hon. Frederick Link Ret_.pdf**
20K

Exhibit B-1 to Wilson Declaration Page 2 of 2