# Exhibit B-3 to Wilson Declaration

## Exhibit B-3 to Wilson Declaration Page 1 of 1

Hon. Frederick L. Link, (Ret.)
Judicate West
402 West Broadway
Suite 2400
San Diego, CA 92101

**Arbitrator**

JUDICATE WEST

**IN THE MATTER OF THE ARBITRATION
BETWEEN:**

| | |
|---|---|
| PETER R. WHEELER, | JW Case No.: A305751 |
|         Claimant, | |
| vs. | **DECLARATION OF HON. FREDERICK L. LINK, (RET.) - ARBITRATOR** |
| ZERMATT HOLDINGS, LLC; WFA OF SAN DIEGO, | |
|         Respondents. | |

      I have been requested to define my role in any question involving the March 21, 2023 agreement between the parties. In October 2023, I issued an order involving the status of Chris Cooper. At that time, I ordered that the agreement does resolve his liability and releases any claims that may exist against him prior to March 21, 2023. I made this decision as an arbitrator as set out in the agreement. Based upon the objection of WFA, I am not to be an arbitrator to any activities of Mr. Cooper that may have occurred post March 21, 2023.

**SO ORDERED.**

Dated: January 5, 2024

                             *Fred L. Link*
                             Hon. Frederick L. Link, (Ret.)
                             Arbitrator