# Exhibit C to Wilson Declaration

# Exhibit C to Wilson Declaration Page 1 of 1

---------- Forwarded message ---------
From: **William McCurine** <judgemccurine@judicatewest.com>
Date: Fri, Mar 1, 2024 at 9:49 AM
Subject: Peter R. Wheeler, et al. vs. WFA of San Diego, LLC, et al. (A310089)
To: <djw@djwlawoffice.com>, <brandon.neuman@nelsonmullins.com>, <mholder@sheppardmullin.com>, <PAS@sspfirm.com>
Cc: <maryann@judicatewest.com>

Dear Counsel:

This email follows today's telephonic case management conference.

1. Briefing schedule for Respondent's motion to dismiss:
    1. Claimant's opposition is due April 12, 2024, Noon
    2. Respondent's Reply due Friday, April 19, 2024, Noon
    3. Telephonic Hearing: April 25, 2024, 10a.m.
2. Judge Link's November 3, 2023 Order remains in full force and effect.

**<u>MARYANN:</u> Please set the telephonic hearing on calendar and arrange for the call.**

Hon. William McCurine, Jr. (Retired)

1