# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ZERMATT HOLDINGS, LLC, ET AL., | Case No. 3:23-cv-01423-JJH |
| Plaintiffs, | Judge Jeffrey J. Helmick |
| v. | **DECLARATION OF DEREK WILSON** |
| COOPER, ET AL., | |
| Defendants. | |

I, Derek Wilson, hereby declare as follows:

1. I am competent to testify and have personal knowledge of the matters set forth herein.

2. I am an attorney licensed to practice law in California and Arizona. I am the owner and managing attorney of the Law Office of Derek J. Wilson. I have represented Peter Wheeler ("Wheeler") in his litigation with Zermatt Holdings, LLC ("Zermatt") and WFA of San Diego, LLC ("WFASD") (collectively "Plaintiffs") since January 2022. I subsequently came to represent Martin Christopher Cooper ("Cooper").

3. On June 5, 2024, Hon. William McCurine, Ret., issued a Ruling on Respondents' Motion to Dismiss Claimants' Claim in Arbitration (the "Order"), in the arbitration styled *Peter Wheeler and Christopher Cooper v. WFA of San Diego, LLC and Zermatt Holdings, LLC* (Judicate West—San Diego Case No. A310089). A true and correct copy of the Order is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2024.

_____
Derek Wilson