IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ZERMATT HOLDINGS, LLC, et al.,** | : | Case No. **3:23-cv-01423-JJH** |
| | : | |
| Plaintiffs, | : | Judge Jeffrey J. Helmick |
| | : | |
| v. | : | |
| | : | |
| **MARTIN CHRISTOPHER ("CHRIS") COOPER, et al.,** | : | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendants. | | |

Now comes Plaintiffs Zermatt Holdings, LLC and WFA of San Diego, LLC, and Defendants Martin Christopher "Chris" Cooper and Chris Cooper & Company, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the parties' written settlement agreement dated October 3, 2024, hereby jointly stipulate to the dismissal of this action, including all claims within the Plaintiffs' complaint, with prejudice and in their entirety. Each party shall bear their own costs, including attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Peter A. Saba* | */s/ Philip R. Bautista* - *per email authorization* |
| Peter A. Saba (0055535) | Philip R. Bautista (0073272) |
| Jeffrey M. Nye (0082247) | pbautista@taftlaw.com |
| Joshua M. Smith (0092360) | Daniel H. Bryan (0095309) |
| SSP LAW CO., L.P.A. | dbryan@taftlaw.com |
| 2623 Erie Avenue | TAFT STETTINIUS & HOLLISTER LLP |
| Cincinnati, Ohio 45208 | 200 Public Square, Suite 3500 |
| (513) 533-2701 | Cleveland, Ohio 44114-2302 |
| (513) 533-2711 (fax) | Telephone: (216) 241-2838 |
| pas@sspfirm.com | Facsimile: (216) 241-3707 |
| **Attorneys for Plaintiffs Zermatt Holdings, LLC and WFA of San Diego, LLC** | **Attorneys for Defendants Martin Christopher Cooper and Chris Cooper & Company, Inc.** |

1

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 7th day of October, 2024, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notice of such filing to all parties of record.

            /s/ Peter A. Saba
            Peter A. Saba (0055535)