### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **ZERMATT HOLDINGS, LLC, et al.,** | : | Case No. **3:23-cv-01423-JJH** |
| | : | |
| Plaintiffs, | : | Judge Jeffrey J. Helmick |
| | : | |
| v. | : | |
| | : | |
| **MARTIN CHRISTOPHER ("CHRIS")** | : | **JOINT STIPULATION OF DISMISSAL** |
| **COOPER, et al.,** | : | **WITH PREJUDICE** |
| | : | |
| Defendants. | | |

Now comes Plaintiffs Zermatt Holdings, LLC and WFA of San Diego, LLC, and Defendants Martin Christopher "Chris" Cooper and Chris Cooper & Company, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the parties' written settlement agreement dated October 3, 2024, hereby jointly stipulate to the dismissal of this action, including all claims within the Plaintiffs' complaint, with prejudice and in their entirety. Each party shall bear their own costs, including attorney's fees.

Respectfully submitted,


/s/ Peter A. Saba
Peter A. Saba (0055535)
Jeffrey M. Nye (0082247)
Joshua M. Smith (0092360)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
**Attorneys for Plaintiffs Zermatt Holdings, LLC and WFA of San Diego, LLC**

/s/ Philip R. Bautista - *per email authorization*
Philip R. Bautista (0073272)
pbautista@taftlaw.com
Daniel H. Bryan (0095309)
dbryan@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
**Attorneys for Defendants Martin Christopher Cooper and Chris Cooper & Company, Inc.**

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

1